**ROBERT R. HENSSLER JR.**
California State Bar No. 216165
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
email: Robert_Henssler@fd.org

Attorneys for Mr. Perez-Gonzalez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR1138-BTM |
| | ) | |
| Plaintiff, | ) | DATE: May 27, 2008 |
| | ) | TIME: 1:30 p.m. |
| v. | ) | |
| | ) | |
| ROGELIO PEREZ-GONZALEZ, | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| | ) | 1) COMPEL DISCOVERY/PRESERVE EVIDENCE; |
| Defendant. | ) | 2) DISMISS INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY; |
| | ) | 3) PRODUCE GRAND JURY TRANSCRIPTS; |
| | ) | 4) SUPPRESS STATEMENTS; AND |
| | ) | 5) LEAVE TO FILE FURTHER MOTIONS |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
       REBECCA KANTER, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on May 27, 2008, at 1:30 p.m. or as soon thereafter as counsel may be heard, the defendant, Rogelio Perez-Gonzalez, by and through his counsel, Robert R. Henssler, Jr. and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

**MOTIONS**

The defendant, Rogelio Perez-Gonzalez, by and through his attorneys, Robert R. Henssler, Jr. and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to compel discovery/ preserve evidence;
2) to dismiss the Indictment due to misinstruction of the Grand Jury
3) to produce grand jury transcripts;
4) to suppress statements; and,
5) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

*/s/ Robert R. Henssler, Jr.*

Dated: May 13, 2008

**ROBERT R. HENSSLER JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Perez-Gonzalez