# *US v. ROGELIO PEREZ-GONZALEZ*
# 08CR1138-BTM
# EXHIBIT INDEX

| DOCUMENT | EXHIBIT |
|---|---|
| REPORTER'S PARTIAL TRANSCRIPT OF THE PROCEEDINGS, DATED JANUARY 11, 2007 | A |
| REPORTER'S TRANSCRIPT OF PROCEEDINGS, DATED JANUARY 11, 2007 | B |