MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA      VS      ROGELIO PEREZ-GONZALEZ

X  Plaintiff    X  Defendant    ___ Court    Type of Hearing: JURY TRIAL

Case Number: 08CR1138-BTM

| NO. | IDENT. | EVID. | DESCRIPTION |
|-----|--------|-------|-------------|
| 1 | 8-4-08 | 8-4-08 | MAP |
| 5 | 8-4-08 | 8-4-08 | PHOTO OF VEHICLE AR PARKING SITE |
| 2 | 8-4-08 | 8-4-08 | MAP (CLOSER VEW) |
| 6 | 8-4-08 | 8-4-08 | PHOTO OF ROAD |
| 8 | 8-4-08 | 8-4-08 | PHOTO OF AREA |
| A | 8-5-08 | id only | COPY OF REPORT PREPARED BY AGT ZACHARKO (3 PAGES) |
| 9 | 8-5-08 | 8-5-08 | ORDER OF REMOVAL DATED 10-31-03 |
| 11 | 8-5-08 | 8-5-08 | WARRANT OF REMOVAL DATED 2-26-08 |
| 16 | 8-5-08 | 8-5-08 | DATA BASE SEARCH |
| 17 | 8-5-08 | 8-5-08 | DATA BASE SEARCH |
| 18 | 8-5-08 | 8-5-08 | DATA BASE SEARCH |
| 12 | 8-5-08 | 8-5-08 | CERTIFICATE OF NON-EXISTENCE |
| 13 | 8-5-08 | 8-5-08 | FINGER PRINT CARD |
| 14 | 8-5-08 | 8-5-08 | I-216 FORM DATED 2/26/08 |