FILED
AUG 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>ROGELIO PEREZ-GONZALEZ,<br><br>          Defendant. | Crim. Case No. 08cr1138-BTM<br><br>V E R D I C T |

We, the jury in the above-captioned case, return the following unanimous verdict.

1. On the charge that:

   On or about March 14, 2008, within the Southern District of California, defendant Rogelio Perez-Gonzalez, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326 (a) and (b).

   We find Rogelio Perez-Gonzalez, ___GUILTY___.
                                                      (not guilty or guilty)

2. If you find the defendant Rogelio Perez-Gonzalez guilty, answer the following question:

   We unanimously find that the government ___HAS___ proved beyond a
                                                     (has not/has)

   reasonable doubt that the defendant Rogelio Perez-Gonzalez was removed from the United States subsequent to April 20, 2007.

SO SAY WE ALL

Dated: 08/06/08
San Diego, California

_____
Foreperson of the Jury

SHARON TRADONISKY

08cr1138